# Exhibit A

# '793 Patent

| US7505793 B2 Claim 8 | Amazon's AfterShokz |
|---|---|
| 8. A wireless earpiece assembly comprising: | **AfterShokz Sportz Titanium with Mic - Wired Open-Ear Bone Conduction Headphones with Microphone - Onyx Black - 4 ft Wire - 12 Hr Battery Life - 2 Hr Charge Time - Standard 3.5 mm Audio Jack (AS451XB)**<br>Visit the Aftershokz Store<br>★★★★☆ ∨   315 ratings  \|  56 answered questions<br>2022, Amazon.com, Inc. or its affiliates<br><https://www.amazon.com/dp/B01N51R0GL><br>Amazon's AfterShokz has a wireless earpiece assembly.<br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US7505793 B2 Claim 8 | Amazon's AfterShokz |
|---|---|
| an ear support having a portion for positioning a speaker at a user's ear; | <br><https://www.amazon.com/dp/B01N51R0GL><br>The reference describes an ear support having a portion for positioning a speaker at a user's ear. |

| US7505793 B2 Claim 8 | Amazon's AfterShokz | |
|---|---|---|
| a casing coupling to another portion of said ear support and housing a focused microphone; and | **Brand** | Aftershokz |
| | **Color** | Black |
| | **Connectivity Technology** | Wired |
| | **Model Name** | AfterShokz Sportz Titanium Open Ear Wired Bone Conduction Headphones with Microphone, Onyx Black, (AS451XB) |
| | | See more ⌄ |
| | **Form Factor** | Over Ear |
| | <https://www.amazon.com/dp/B01N51R0GL> | |
| | The reference describes a casing coupling to another portion of said ear support and housing a focused microphone. | |

| US7505793 B2 Claim 8 | Amazon's AfterShokz |
|---|---|
| a casing support to provide the coupling and displace the bulk of said casing away from the ear to a location above a neckline of the user, the bulk of said casing exceeding that of said ear support and that of said casing support. |  |
| | <https://www.amazon.com/dp/B01N51R0GL> |
| | The reference describes a casing support to provide the coupling and displace the bulk of said casing away from the ear to a location above a neckline of the user, the bulk of said casing exceeding that of said ear support and that of said casing support. |