# Exhibit B

# '984 Patent

| US9438984 B1 Claim 16 | Amazon's AfterShokz |
|---|---|
| 16. A method of utilizing an ergonomic wearable electronic ear wear piece of enhanced comfort for long-term wear, the method comprising: | AfterShokz Sportz Titanium with Mic - Wired Open-Ear Bone Conduction Headphones with Microphone - Onyx Black - 4 ft Wire - 12 Hr Battery Life - 2 Hr Charge Time - Standard 3.5 mm Audio Jack (AS451XB)<br><br>Visit the Aftershokz Store<br>★★★★☆   315 ratings  \|  56 answered questions<br><br>2022, Amazon.com, Inc. or its affiliates<br><https://www.amazon.com/dp/B01N51R0GL><br><br>Amazon's AfterShokz has a method of utilizing an ergonomic wearable electronic ear wear piece of enhanced comfort for long-term wear.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US9438984 B1 Claim 16 | Amazon's AfterShokz |
|---|---|
| at least partially securing the piece at a user's ear with at least one hook shaped securing extension being positioned at least partially behind the ear; | <https://www.amazon.com/dp/B01N51R0GL><br><br>The reference describes at least partially securing the piece at a user's ear with at least one hook shaped securing extension being positioned at least partially behind the ear. |

| US9438984 B1 Claim 16 | Amazon's AfterShokz |
|---|---|
| manipulating an actuator at a front of the extension to electronically communicate with one of a plurality of electronic components in a casing coupling to the extension, the casing of a bulk exceeding that of the securing extension and a distancing element that provides the coupling and positions the casing at a location away from the ear and exclusively between the ear and a neckline of the user when the piece is secured; and | <br><https://www.manualscat.com/en/aftershokz-aeropex-manual?p=6><br><br>The reference describes manipulating an actuator at a front of the extension to electronically communicate with one of a plurality of electronic components in a casing coupling to the extension, the casing of a bulk exceeding that of the securing extension and a distancing element that provides the coupling and positions the casing at a location away from the ear and exclusively between the ear and a neckline of the user when the piece is secured. |

| US9438984 B1 Claim 16 | Amazon's AfterShokz |
|---|---|
| delivering sound to the user's ear with a speaker assembly accommodated by the securing extension. | <https://www.amazon.com/dp/B01N51R0GL><br><br>The reference describes delivering sound to the user's ear with a speaker assembly accommodated by the securing extension. |