# Exhibit C

# ’793 Patent

| US7505793 B2 Claim 8 | Amazon's ALOVA |
|---|---|
| 8. A wireless earpiece assembly comprising: | ALOVA Open Ear Headphones Bluetooth Wireless Sports Headset IP56 Waterproof BT 5.0 HD Phone Call Free Ears Earphones for Running (Black)<br>Visit the ALOVA Store<br>1,588 ratings \| 71 answered questions<br>Color: **Black**<br>**Brand** ALOVA<br>**Color** Black<br>**Connectivity Technology** Wireless<br>**Form Factor** In Ear<br>**Cable Feature** Without Cable<br>2022, Amazon.com, Inc. or its affiliates<br><https://www.amazon.com/dp/B07WQWNCJ1><br>Amazon's ALOVA has a wireless earpiece assembly.<br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| **US7505793 B2 Claim 8** | **Amazon's ALOVA** |
|---|---|
| an ear support having a portion for positioning a speaker at a user's ear; |  <https://www.amazon.com/dp/B07WQWNCJ1> The reference describes an ear support having a portion for positioning a speaker at a user's ear. |

| US7505793 B2 Claim 8 | Amazon's ALOVA |
| --- | --- |
| a casing coupling to another portion of said ear support and housing a focused microphone; and |  <br><https://www.amazon.com/dp/B07WQWNCJ1><br>The reference describes a casing coupling to another portion of said ear support and housing a focused microphone. |

| US7505793 B2 Claim 8 | Amazon's ALOVA |
|---|---|
| a casing support to provide the coupling and displace the bulk of said casing away from the ear to a location above a neckline of the user, the bulk of said casing exceeding that of said ear support and that of said casing support. | BUTTON CONTROL<br>Touch Zone<br>LED Indicator<br>Volume -<br>Power On/Off / Volume +<br>USB Charging Port<br><https://www.amazon.com/dp/B07WQWNCJ1><br>The reference describes a casing support to provide the coupling and displace the bulk of said casing away from the ear to a location above a neckline of the user, the bulk of said casing exceeding that of said ear support and that of said casing support. |