# Exhibit D

# ’984 Patent

| US9438984 B1 Claim 16 | Amazon's ALOVA |
|---|---|
| 16. A method of utilizing an ergonomic wearable electronic ear wear piece of enhanced comfort for long-term wear, the method comprising: | ALOVA Open Ear Headphones Bluetooth Wireless Sports Headset IP56 Waterproof BT 5.0 HD Phone Call Free Ears Earphones for Running (Black)<br>Visit the ALOVA Store<br>1,588 ratings \| 71 answered questions<br>Color: **Black**<br>**Brand** ALOVA<br>**Color** Black<br>**Connectivity Technology** Wireless<br>**Form Factor** In Ear<br>**Cable Feature** Without Cable<br>2022, Amazon.com, Inc. or its affiliates<br><https://www.amazon.com/dp/B07WQWNCJ1><br>Amazon's ALOVA has a method of utilizing an ergonomic wearable electronic ear wear piece of enhanced comfort for long-term wear.<br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| **US9438984 B1 Claim 16** | **Amazon's ALOVA** |
| --- | --- |
| at least partially securing the piece at a user's ear with at least one hook shaped securing extension being positioned at least partially behind the ear; |  <https://www.amazon.com/dp/B07WQWNCJ1> The reference describes at least partially securing the piece at a user's ear with at least one hook shaped securing extension being positioned at least partially behind the ear. |

| US9438984 B1 Claim 16 | Amazon's ALOVA |
|---|---|
| manipulating an actuator at a front of the extension to electronically communicate with one of a plurality of electronic components in a casing coupling to the extension, the casing of a bulk exceeding that of the securing extension and a distancing element that provides the coupling and positions the casing at a location away from the ear and exclusively between the ear and a neckline of the user when the piece is secured; and | BUTTON CONTROL<br>Touch Zone<br>LED Indicator<br>Volume -<br>Power On/Off / Volume +<br>USB Charging Port<br><https://www.amazon.com/dp/B07WQWNCJ1><br><br>The reference describes manipulating an actuator at a front of the extension to electronically communicate with one of a plurality of electronic components in a casing coupling to the extension, the casing of a bulk exceeding that of the securing extension and a distancing element that provides the coupling and positions the casing at a location away from the ear and exclusively between the ear and a neckline of the user when the piece is secured. |

| US9438984 B1 Claim 16 | Amazon's ALOVA |
|---|---|
| delivering sound to the user's ear with a speaker assembly accommodated by the securing extension. |  <br><https://www.amazon.com/dp/B07WQWNCJ1><br><br>The reference describes delivering sound to the user's ear with a speaker assembly accommodated by the securing extension. |