# Exhibit E

# '793 Patent

| US7505793 B2 Claim 8 | Amazon's Fuego |
|---|---|
| 8. A wireless earpiece assembly comprising: | Santana Fuego Carlos Santana NC Black/Red Bluetooth Wireless Active Noise Cancelling Earbuds, Neckband Headphones with Remote and Built-in Mic, IP64 Certified Water Resistant, 6 HR Battery, BT

Visit the SANTANA BY CARLOS SANTANA Store
★★★★☆ ∨    397 ratings  |  27 answered questions

2022, Amazon.com, Inc. or its affiliates
<https://www.amazon.com/dp/B07XQM568S>

Amazon's Fuego has a wireless earpiece assembly.

The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US7505793 B2 Claim 8 | Amazon's Fuego |
|---|---|
| an ear support having a portion for positioning a speaker at a user's ear; | <br>&lt;https://www.amazon.com/dp/B07XQM568S&gt;<br><br>The reference describes an ear support having a portion for positioning a speaker at a user's ear. |

| US7505793 B2 Claim 8 | Amazon's Fuego |
|---|---|
| a casing coupling to another portion of said ear support and housing a focused microphone; and | **Crystal Clear Calls** Noise Cancelling microphone and handfree controls <https://www.amazon.com/dp/B07XQM568S> The reference describes a casing coupling to another portion of said ear support and housing a focused microphone. |

| US7505793 B2 Claim 8 | Amazon's Fuego |
|---|---|
| a casing support to provide the coupling and displace the bulk of said casing away from the ear to a location above a neckline of the user, the bulk of said casing exceeding that of said ear support and that of casing support. |  Crystal Clear Calls Noise Cancelling microphone and handfree controls <https://www.amazon.com/dp/B07XQM568S> The reference describes a casing support to provide the coupling and displace the bulk of said casing away from the ear to a location above a neckline of the user, the bulk of said casing exceeding that of said ear support and that of said casing support. |